STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-20-00059 MMC |
|     Plaintiff, ) | **UNITED STATES' SENTENCING MEMORANDUM AS TO DEFENDANT GUILLERMO HERNANDEZ-ESCOBAR RE SUPERVISED RELEASE VIOLATIONS** |
|     v. ) | |
| GUILLERMO HERNANDEZ-ESCOBAR, ) | |
|     Defendant. ) | Date: March 11, 2022<br>Time: 2:00 p.m. |

    Last June, while on federal supervised release, defendant Guillermo Hernandez-Escobar was arrested by law enforcement in connection with a residential state search warrant executed in Oakland, and he was found to be in possession of cocaine base (22.8 grams gross) and powder (1.7 grams gross), methamphetamine (18.5 grams gross), fentanyl (9.7 grams gross), and heroin (4.8 grams gross), as well as a large sum of money. On or about June 7, 2021, he was arrested pursuant to a federal arrest warrant with violating various conditions of his supervised release, conditions that stem from a previous conviction of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). *See* ECF No. 39 (Judgment). The defendant has admitted to violating the conditions of his release (*see* ECF No. 67), and

United States Probation is recommending that Mr. Hernandez-Escobar be sentenced to 12 months in custody to be followed by 24 months of supervised release. *See* ECF No. 68 (Violation Memorandum). The government agrees with this recommendation.

Background. As the Court may recall, Mr. Hernandez-Escobar was arrested on December 27, 2019 following the execution of a search warrant executed by local law enforcement that revealed narcotics on his person.[1] Prior to obtaining and executing the search warrant, Officer Christina Hayes of the SFPD conducted robust and lengthy physical surveillance of the defendant, which surveillance revealed evidence that the defendant was commuting to San Francisco from Oakland to sell controlled substances in and around the Tenderloin neighborhood. On February 11, 2020, a federal grand jury indicted the defendant on one count of distribution of cocaine base. Following the indictment, the defendant was arrested and taken into federal custody on February 18, 2020. The defendant ultimately pleaded guilty (*see* ECF 35 (Plea Agreement)), and the Court sentenced him to six months in custody and three years of supervised release. *See* ECF No. 39 (Judgment). On August 31, 2020, the defendant was released from custody. (The government agrees that the defendant over-served his sentence by 14 days, and the government understands from U.S. Probation that he will be credited with this time in connection with any sentence the Court imposes in connection with the instant violations.)

Current Violations. Less than a year after his release from custody, the defendant was again arrested and found to be in possession of multiple controlled substances.[2] Given the nature of the defendant's repeated drug-related criminal conduct, the need for deterrence, and the need to protect the public, the government submits that the 12-month sentence recommended by U.S. Probation is a reasonable sentence for the admitted violations. The defendant's prior arrests and encounters with the judicial system have thus far done nothing to alter his behavior—a sentence of 12 months therefore is

---

[1] Mr. Hernandez-Escobar was in possession of these drugs notwithstanding drug charges pending against him in state court. *See* ECF No. 32 (U.S. Sentencing Memorandum).

[2] During the search of the Oakland residence, Mr. Hernandez-Escobar admitted that he lived in what had been designated by the officers as "Room Z." Because officers had discovered drugs in Room Z, including 215 grams gross of methamphetamine, they placed Hernandez-Escobar under arrest and then discovered additional drugs on his person.

reasonable and necessary to deter the defendant from continuing to deal dangerous drugs, and to impress upon him the need to comply with the conditions of his supervision in the event that he is not deported.

The government and U.S. Probation remain aligned in wanting Mr. Hernandez-Escobar to succeed on supervision and thereafter and to lead a law-abiding life, but the government and U.S. Probation also are aligned in recommending a new term of imprisonment to respond to Mr. Hernandez-Escobar's new offense and his breaches of the Court's trust while on supervision. The government therefore respectfully requests that this Court adopt U.S. Probation's sentencing recommendation.

DATED: March 10, 2022                                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ *Marja-Liisa Overbeck*
MARJA-LIISA OVERBECK
Assistant United States Attorney